JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THANH NGUYEN,
Petitioner,
v.
J. JOHNSON, et al.,
Respondents.

Case No. 5:26-cv-03149-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Grounds 1 and 3 of the Petition are granted, and Ground 2 is dismissed without prejudice.

DATED: August 12, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE